partners trading as Grapperhaus, Russell & Company, against John M. Taylor for real estate commissions claimed to be due from defendant in bringing about an exchange of properties between the defendant and one Nicholas Hunt. On the trial below the jury returned a verdict in favor of the defendant, upon which the court entered judgment, to reverse which plaintiff has prosecuted this appeal.

ASHCRAFT & ASHCRAFT, for appellants; CHARLES F. RATHBUN, of counsel.

C. D. LEE, for appellee.

MR. JUSTICE PAM delivered the opinion of the court.

## Abstract of the Decision.

1. BROKERS, § 93*—*what is question of fact in action for compensation.* The question whether a real estate broker was the procuring cause in bringing about a transfer of property is a question of fact for the jury.

2. APPEAL AND ERROR, § 1411*—*when finding of jury not disturbed on appeal.* A finding of the jury will not be disturbed on appeal unless clearly and manifestly against the weight of the evidence.

3. BROKERS, § 29*—*what broker is entitled to compensation.* Where an owner of property employs several real estate brokers to sell such property, the broker whose efforts actually bring about the sale is the broker who is entitled to the commission.

---

Samuel Atkins, Defendant in Error, v. William Smith, Plaintiff in Error.

## Gen. No. 20,666.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. ROBERT H. SCOTT, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed. Opinion filed October 6, 1915.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Statement of the Case.

Suit by Samuel Atkins against William Smith for services rendered in reporting a case wherein defendant was attorney for the plaintiff. On the trial below before the court without a jury, the court found the issues for the plaintiff and entered judgment against the defendant for $19.75, to reverse which the defendant has sued out this writ of error.

WILLIAM C. SMITH, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE PAM delivered the opinion of the court.

## Abstract of the Decision.

1. APPEAL AND ERROR, § 1414*—*when finding of trial court not disturbed on appeal.* A finding of a trial court that services of a court stenographer were rendered to an attorney instead of his client will not be disturbed on appeal, it appearing that such finding was not clearly and manifestly against the weight of the evidence.

2. NEW TRIAL, § 76*—*when properly denied.* A motion for new trial on the ground of newly discovered evidence is properly denied where the affidavits show that such evidence is merely cumulative, and there is nothing to show that the party, at the trial, attempted to secure such evidence, or asked for a continuance to obtain it.

Anna J. Smolen, Defendant in Error, v. Michael Ziemba and Mrs. Michael Ziemba, Plaintiffs in Error.

## Gen. No. 20,677.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH S. LA BUY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Reversed and remanded. Opinion filed October 6, 1915.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.